**ELECTRONIC RECORD**

COA # 05-13-00752-CR

OFFENSE: 2.02

STYLE: George Contreras v. The State of Texas

COUNTY: Dallas

COA DISPOSITION: AFFIRM

TRIAL COURT: 282nd Judicial District Court

DATE: 06/08/2015        Publish: NO

TC CASE #: F-1231118-S

# IN THE COURT OF CRIMINAL APPEALS

STYLE: George Contreras v. The State of Texas

Appellant's Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

Refused

DATE: 11/04/2015

JUDGE: Per Curiam

CCA #: PD-0842-15

CCA Disposition: 843-15

DATE:

JUDGE:

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____